UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CARL H. KIRK, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>OFFICER HENRY C. GREGORY, et al., )<br>)<br>Defendants. ) | No. 1:05-cv-1681-SEB-TAB |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendants' motion for summary judgment is **granted** and that the plaintiff take nothing by his complaint.

The costs of this action are assessed against the plaintiff.

Date: 09/28/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Carl H. Kirk
DOC #853462
Westville Correctional Center
P.O. Box 473
Westville, IN 46391-0473

Eleanor Kristyne Finnell
OFFICE OF CORPORATION COUNSEL
efinnell@indygov.org